## A96A0896. BOYETT v. WEBSTER.
(501 SE2d 622)

BIRDSONG, Presiding Judge.

In *Webster v. Boyett*, 269 Ga. 191 (496 SE2d 459), the Supreme Court reversed the judgment of this Court in *Boyett v. Webster*, 224 Ga. App. 843 (482 SE2d 377). Therefore, our judgment in this appeal is vacated and the judgment of the Supreme Court is made the judgment of this Court. Accordingly, the judgment of the trial court is affirmed.

*Judgment affirmed. Beasley and Blackburn, JJ., concur.*

DECIDED MAY 5, 1998.

*William J. Mason*, for appellant.

*Hatcher, Stubbs, Land, Hollis & Rothschild, William B. Hardegree, Self, Mullins, Robinson, Marchetti & Kamensky, Richard A. Marchetti*, for appellee.

*Goldner, Sommers, Scrudder & Bass, Henry E. Scrudder, Jr.*, amicus curiae.